DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Caufman<br><br>Case below:<br>184 N.C. App. ——<br>(3 July 2007) | No. 368P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-1058) | Denied<br>10/11/07 |
| State v. Colson<br><br>Case below:<br>186 N.C. App. ——<br>(2 October 2007) | No. 512P07 | AG's Motion for Temporary Stay<br>(COA07-107) | Allowed<br>10/19/07 |
| State v. Coltrane<br><br>Case below:<br>184 N.C. App. ——<br>(19 June 2007) | No. 348A07 | 1. Def's NOA (Dissent) (COA06-895)<br><br>2. Def's PDR as to Additional Issues | 1. ——<br><br>2. Denied<br>10/11/07 |
| State v. Cooper<br><br>Case below:<br>186 N.C. App. ——<br>(18 September 2007) | No. 490P07 | AG's Motion for Temporary Stay<br>(COA06-1356) | Allowed<br>10/08/07 |
| State v. Covington<br><br>Case below:<br>184 N.C. App. ——<br>(19 June 2007) | No. 376P07 | Def's Motion for "Notice of Appeal Under<br>N.C.G.S. § 7A-30(1)" (COA06-903) | Denied<br>10/11/07 |
| State v. Dubose<br><br>Case below:<br>184 N.C. App. ——<br>(17 July 2007) | No. 424P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-1376) | Denied<br>10/11/07 |
| State v. Euceda-Valle<br><br>Case below:<br>182 N.C. App. 268 | No. 211P07 | 1. Def's Motion for "Notice of Appeal"<br>(COA06-898)<br><br>2. Def's Motion for "Petition for<br>Discretionary review or Writ of Certiorari" | 1. Dismissed<br>*ex mero motu*<br>10/11/07<br><br>2. Denied<br>10/11/07 |
| State v. Ewing<br><br>Case below:<br>182 N.C. App. 529 | No. 218P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-798) | Denied<br>10/11/07 |
| State v. Goode<br><br>Case below:<br>Johnston County | No. 010A94-6 | Def's PWC to Review the Order of<br>Johnston County Superior Court | Denied<br>10/11/07 |
| State v. Guzman-Pascual<br><br>Case below:<br>184 N.C. App. ——<br>(19 June 2007) | No. 361P07 | Def's PDR under N.C.G.S. § 7A-31<br>(COA06-707) | Denied<br>10/11/07 |